UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No.: 13-16222-PGH
                                                                (Substantively Consolidated)
**UNITY SHIPPING LINES, INC., et al.**
                                                                Chapter 7
      Debtors.
_____

**SONEET R. KAPILA, Trustee in Bankruptcy
for Unity Shipping Lines, Inc., et al,**

    Plaintiff,
vs.                                                             Adv. Proc. No.:15-01089-PGH

**RICKMERS-LINIE (AMERICA), INC.**

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    I, <u>Rilyn Carnahan, Esq.</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Summons (ECF#2), copy of the Complaint (ECF#1), Order Setting Filing and Disclosure Requirements (ECF#3) was made on February 13, 2015 by:

    <u>X</u>  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Rickmers-Linie (America), Inc.
    c/o The Corporation Trust Company,  Registered Agent
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

21449931:1

Rickmers-Linie (America), Inc.
c/o an Officer of Agent Authorized to
Receive Service of Process
350 Glenborough Drive
Suite 180
Houston, TX 77067

Rickmers-Linie (America), Inc.
350 Glenborough Drive
Suite 180
Houston, TX 77067

Rickmers-Linie (America), Inc.
c/o CT Corporation System, Registered Agent
1999 Bryan Street
Suite 900
Dallas, TX 75201

Rickmers-Linie (America), Inc.
c/o Robert Sappio, Director
350 Glenborough Drive
Suite 180
Houston, TX 77067

Office of the U.S. Trustee
51 S.W. 1st Ave.
Rm 1204
Miami FL 33130

Under penalty of perjury, I declare that the foregoing to true and correct.

February 13, 2015                  /s/ Rilyn Carnahan

**Print Name**
RILYN CARNAHAN, ESQ.
**Business Address**
250 S. Australian Ave., Suite 700
**City            State                    Zip**
West Palm Beach     FL           33401

21449931:1