UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

UNITY SHIPPING LINES, INC., et al.

   Debtors.
_____/

Case No.: 13-16222-PGH
(Substantively Consolidated)

Chapter 7

SONEET R. KAPILA, Trustee in
Bankruptcy for Unity Shipping Lines, Inc., et al,

   Plaintiff,

vs.

RICKMERS-LINIE (AMERICA), INC.

   Defendant(s).
_____/

Adv. Proc. No.: 15-01089-PGH

CERTIFICATION OF SERVICE REGARDING
NOTICE OF HEARING AND
DEFENDANT RICKMERS-LINIE (AMERICA), INC.'S MOTION TO DISMISS AND
MEMORANDUM OF LAW PURSUANT TO FED. R. CIV. P. 8(a) AND 12(b)(6)

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

     I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing* [Adv. Docket No. 12] and *Defendant Rickmers-Line (America), Inc.'s Motion to Dismiss and Memorandum of Law Pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6)* [Adv. Docket No. 11] were caused to be served via First Class U.S. Mail on June 10, 2015 on the following parties:

LEGAL\23147654\1

| | |
|---|---|
| Michael R. Bakst, Esquire | Rilyn A. Carnahan, Esquire |
| Greenspoon Marder, P.A. | Greenspoon Marder, P.A. |
| 250 S. Australian Ave. | 525 Okeechobee Blvd. |
| Suite 700 | Suite 1570 |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |
| *Counsel to Trustee/Plaintiff* | *Counsel to Trustee/Plaintiff* |

The following is the list of parties who are currently on the list to receive e-mail notification/service via the Court's CM/ECF for this case:

rilyn.carnahan@gmlaw.com;
fileu1092@gmlaw.com;
efileu1089@gmlaw.com;
melissa.bird@gmlaw.com;
efileu1435@gmlaw.com;
efileu1094@gmlaw.com;
efileu1093@gmlaw.com;
gregory.stolzberg@gmlaw.com

Dated:   June 12, 2015

COZEN O'CONNOR

*/s/ Raquel M. Fernandez*

Raquel M. Fernandez
Florida Bar No.: 0055069
RFernandez@cozen.com
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4410
Miami, FL  33131
305-704-5943 Telephone
866-617-1484 Facsimile

*Counsel for Rickmers-Linie (America), Inc.*